IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE CEDILLO<br>　　*Plaintiff*,<br><br>v.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY<br>　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 7:16-CV-230 |

## NOTICE OF SETTLEMENT

Defendant Nationwide General Insurance Company provides notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendant respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Patrick M. Kemp*
　　　　　　　　　　　　　　　　　　Patrick M. Kemp
　　　　　　　　　　　　　　　　　　Texas Bar No. 24043751
　　　　　　　　　　　　　　　　　　Southern District Bar No. 38513
　　　　　　　　　　　　　　　　　　pkemp@smsm.com
　　　　　　　　　　　　　　　　　　Segal McCambridge Singer and Mahoney
　　　　　　　　　　　　　　　　　　100 Congress Avenue, Suite 800
　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　(512) 476-7834
　　　　　　　　　　　　　　　　　　(512) 476-7832 - Facsimile

　　　　　　　　　　　　　　　　　　**ATTORNEY-IN-CHARGE FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　**NATIONWIDE GENERAL INSURANCE**
　　　　　　　　　　　　　　　　　　**COMPANY**

OF COUNSEL:

Robert G. Wall
Texas Bar No. 24072411
Southern District Bar No. 1117137
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 - Facsimile

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via CM/ECF on this 10th day of November, 2016:

R. Kent Livesay
Law Offices of R. Kent Livesay, P.C.
5319 South McColl Road
Edinburg, Texas 78539

                                       */s/ Patrick M. Kemp*
                                       Patrick M. Kemp