IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE CEDILLO<br>*Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 7:16-CV-230 |
| NATIONWIDE GENERAL INSURANCE COMPANY<br>*Defendant*. | § § § § § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jose Cedillo ("Plaintiff") and Defendant Nationwide General Insurance Co. ("Defendant") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by a wind/hailstorm which occurred on or about August 13, 2014.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| _/s/ R. Kent Livesay_ (signature) | /s/ Patrick M. Kemp |
| R. Kent Livesay | Patrick M. Kemp |
| Texas Bar No. 00790057 | Texas Bar No. 24043751 |
| rolando@livesayfirm.com | pkemp@smsm.com |
| Law Offices of R. Kent Livesay, P.C. | Robert G. Wall |
| 5319 South McColl Road | Texas Bar No. 24072411 |
| Edinburg, Texas 78539 | rwall@smsm.com |
| (956) 686-5776 | Robert R. Russell |
| (956) 686-0050 – Facsimile | Texas Bar No. 24056246 |
| | rrussell@smsm.com |
| **ATTORNEY FOR PLAINTIFF** | Lauren L. Burgess |
| **JOSE CEDILLO** | Texas Bar No. 24082751 |
| | lburgess@smsm.com |
| | Segal McCambridge Singer & Mahoney |
| | 100 Congress Avenue, Suite 800 |
| | Austin, Texas 78701 |
| | (512) 476-7834 |
| | (512) 476-7832 – Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **ALLIED PROPERTY AND CASUALTY** |
| | **INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 6th of December, 2016 to:

R. Kent Livesay
Law Offices of R. Kent Livesay, P.C.
5319 South McColl Road
Edinburg, Texas 78539
rolando@livesayfirm.com

/s/ Patrick M. Kemp
Patrick M. Kemp