Case 7:16-cv-00230   Document 17   Filed in TXSD on 12/06/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 06, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE CEDILLO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-230 |
| | § | |
| NATIONWIDE GENERAL INSURANCE COMPANY, | § § | |
| | § | |
| Defendant. | § § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Jose Cedillo and Defendant Nationwide General Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

SO ORDERED this 6th day of December, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge